UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELORES SMASNE and EUGENE SMASNE, wife and husband; MARY GALAVIZ, a single person,<br><br>               Plaintiffs,<br><br>  v.<br><br>RUPERTO G. GOMEZ, JR., and JANE DOE GOMEZ, husband and wife,<br><br>              Defendants. | NO.  CV-10-3027-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR JUDGMENT OF DISMISSAL (**ECF No. 16**) |

On July 21, 2011, the parties filed a joint motion for a stipulated judgment of dismissal asking the Court to dismiss plaintiff's complaint with prejudice and without an award of attorneys' fees or costs to any party (ECF No. 16). The parties advise the Court the matter has been fully settled. The parties have consented to proceed before a magistrate judge (ECF No. 10).

Accordingly,

**IT IS ORDERED** that the parties' stipulated motion for entry of judgment of dismissal **(ECF No. 16) is GRANTED.**

**IT IS FURTHER ORDERED that the case is dismissed** with prejudice. There is no award of attorney fees or costs. **The hearing set on July 29, 2011 (ECF No. 15) is STRICKEN as moot.**

The District Court Executive is directed to enter this order, enter

ORDER ON STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL - 1

1 | judgment as indicated, forward copies to counsel, and **CLOSE the file**.

2 |     **DATED** this 21st day of July, 2011.

                                              s/James P. Hutton
                                    _____
                                                JAMES P. HUTTON
                                  United States Magistrate Judge

ORDER ON STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL - 2