AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DELORES SMASNE and EUGENE SMASNE, wife and husband; MARY GALAVIZ, a single person,

                              Plaintiffs,

v.

RUPERTO G GOMEZ, JR., and JANE DOE GOMEZ, husband and wife,

                              Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3027-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is dismissed with prejudice. There is no award of attorney fees or costs.

July 21, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Pamela A. Howard  
*(By) Deputy Clerk*  
Pamela A. Howard